UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. MAHE,<br><br>    Plaintiff<br><br> v.<br><br>JENNIFER DUNBAR et al.,<br><br>    Defendants | Case No. 3:21-cv-00355-MMD-CLB<br><br>ORDER |

On February 18, 2022, the Court issued a screening order and granted Plaintiff 30 days to file a first amended complaint or the case would be dismissed without prejudice for failure to state a claim. (ECF No. 8 at 11). On March 17, 2022, Plaintiff submitted a motion for a 30-day extension of time to submit his first amended complaint. (ECF No. 10 at 2).

The Court grants the motion for an extension of time. Plaintiff will file the first amended complaint on or before Friday, April 29, 2022. If Plaintiff chooses not to file a first amended complaint, this case will be dismissed without prejudice for failure to state a claim. (*See* ECF No. 8 at 11).

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 10) is granted. Plaintiff shall file his first amended complaint on or before Friday, April 29, 2022.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action will be dismissed without prejudice for failure to state a claim.

DATED THIS 21st day of March 2022.

              _____
              UNITED STATES MAGISTRATE JUDGE