UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. MAHE, | Case No. 3:21-cv-00355-MMD-CLB |
| Plaintiff | ORDER |
| v. | |
| JENNIFER DUNBAR, *et al.*, | |
| Defendants | |

On May 13, 2022, the Court issued a screening order and granted Plaintiff until June 12, 2022, to file a second amended complaint or the case would proceed only against Defendant Jennifer Dunbar on the First Amendment retaliation claim. (ECF No. 13 at 9-11). Plaintiff has submitted a motion for an extension of time to July 12, 2022, to file his second amended complaint, explaining that he is being held in "long-term" administrative segregation and thus has "limited access" to the law library. (ECF No. 14).

The Court grants the motion for an extension of time. Plaintiff will file the second amended complaint on or before Tuesday, July 12, 2022. If Plaintiff chooses not to file a second amended complaint, this action will proceed only against Defendant Dunbar on the First Amendment retaliation claim. (ECF No. 13 at 9-11).

For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 14) is granted. Plaintiff will file his second amended complaint on or before Tuesday, July 12, 2022.

It is further ordered that, if Plaintiff fails to timely file his second amended complaint, this action will proceed only against Defendant Dunbar on the First Amendment retaliation claim.

DATED THIS 26th day of May 2022.

UNITED STATES MAGISTRATE JUDGE