UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON A. MAHE,<br><br>                      Plaintiff,<br><br>v.<br><br>JENNIFER DUNBAR, et. al.,<br><br>                      Defendants. | Case No. 3:21-cv-00355-MMD-CLB<br><br>**ORDER STRIKING PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>[ECF No. 39] |

On April 17, 2023, Plaintiff Jason A. Mahe ("Mahe") filed a document titled "Second Amended Complaint". (ECF No. 39.) However, Mahe already filed his second amended complaint. (ECF No. 16.) Therefore, the Court will refer to ECF No. 39 as Mahe's third amended complaint ("TAC"). Regardless, the document was filed without filing a motion requesting leave to file a TAC. To file an amended complaint, Mahe must first file a motion seeking leave of the Court to file said pleading. LR 15-1(a). Absent approval, supplementation is prohibited and the Court may strike documents filed without leave from the Court. LR 7-2(g). Therefore, the Court **strikes** Mahe's TAC. (ECF No. 39.)

**IT IS SO ORDERED.**

DATED: April 17, 2023.

_____
UNITED STATES MAGISTRATE JUDGE