**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JASON A. MAHE,<br><br>                            Plaintiff,<br><br>v.<br><br>JENNIFER DUNBAR, *et al.*,<br><br>                            Defendants. | Case No. 3:21-cv-00355-MMD-CLB<br><br>**ORDER STRIKING DUPLICATIVE FILING**<br><br>[ECF No. 44] |

On May 3, 2023, Plaintiff Jason A. Mahe ("Mahe") filed a "Duplicate Filing of Proposed Third Amended Complaint and Civil Cover Sheet." (ECF No. 44.) This filing consisted of documents previously – and correctly – filed as exhibits to Mahe's motion to file an amended complaint. (ECF Nos. 41, 41-1, 41-2.) The Court may strike documents filed in the docket that are not attached to a motion, stipulation, or notice. LR 7-1(b). The Court reminds Mahe not to file any additional documents or exhibits that are not properly attached to a motion. Therefore, the Court **strikes** Mahe's filing titled "Duplicate Filing of Proposed Third Amended Complaint and Civil Cover Sheet." (ECF No. 44.)

DATED: May 3, 2023.

                                                    **UNITED STATES MAGISTRATE JUDGE**