UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON A. MAHE,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER DUNBAR, *et al.*,<br><br>Defendants. | Case No. 3:21-CV-00355-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

On May 17, 2023, the Court issued a Report and Recommendation regarding Plaintiff Jason Mahe's ("Mahe") motion for leave to file a third amended complaint. (ECF No. 47.) The following day, the Northern Nevada Correctional Center ("NNCC") returned the filing which was addressed to Mahe, with a handwritten note that said, "IM Mahe, #78905 was discharged 05/13/23. NNCC is unable to deliver this document." (ECF No. 48.) The Court through its experience understands this note to mean Mahe has been paroled. In addition, the Nevada Department of Corrections public database also lists Mahe as paroled. Pursuant to Local Rule IA 3-1, parties must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Accordingly, Mahe shall have until **Monday, June 19, 2023** to file a notice of change of address or this Court will recommend that this action be dismissed without prejudice.

**IT IS SO ORDERED.**

**DATED**: May 19, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**