UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON A. MAHE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JENNIFER DUNBAR, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-CV-00355-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On March 20, 2024, the Court entered an order regarding deadlines in this case. (ECF No. 68.) The Court mailed this document to Plaintiff's address at the Ohio Department of Rehabilitation's Lorain Correctional Institution. On April 4, 2024, Lorain Correctional Institution returned this document as undeliverable. (ECF No. 69.) Therefore, it appears Plaintiff is no longer at Lorain Correctional Institution. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Monday, June 3, 2024** to file a notice of change of address, or this Court will recommend that this action be dismissed.

The case is hereby STAYED in its entirety until Plaintiff files a notice of change of address.

**DATED**: __April 4, 2024__.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE